UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOXMIND CANADA ENTERPRISES LTD., <br><br> Plaintiff, <br><br> -v.- <br><br> CHONGQING CASPAR IMPORT & EXPORT TRADE CO., LTD., *et al.*, <br><br> Defendants. | 21 Civ. 5136 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are ORDERED to appear for a telephonic conference on January 7, 2022, at 2:00 p.m., to address Plaintiff's pending motion for a preliminary injunction as to the Objecting Defendants. At the appointed time, the parties shall call (888) 363-4749 and enter access code 5123533. Please note the conference will not be available prior to 2:00 p.m.

SO ORDERED.

Dated:  January 4, 2022
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge