UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOXMIND CANADA ENTERPRISES LTD.,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>CHONGQING CASPAR IMPORT & EXPORT TRADE CO., LTD., *et al.*,<br><br>                              Defendants. | 21 Civ. 5136 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

For the reasons stated on the record on January 7, 2022, the Court upholds the preliminary injunction that was entered in this case as to the Objecting Defendants.

The Objecting Defendants are hereby ORDERED to answer or otherwise respond to the complaint on or before February 4, 2022. Furthermore, the parties are ORDERED to submit on or before February 11, 2022: (i) a Civil Case Management Plan and Scheduling Order; and (ii) a joint status letter, which includes information regarding the status of any settlement discussions, an indication as to whether the parties would like a settlement conference, and any other information the parties believe may assist the Court in advancing the case to settlement or trial. The parties shall use this Court's form Proposed Civil Case Management Plan and Scheduling Order, which is also available at https://nysd.uscourts.gov/hon-katherine-polk-failla.

2

SO ORDERED.

Dated: January 7, 2022
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2