UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

245 PARK MEMBER LLC,

                Petitioner,

  - against -

HNA GROUP (INTERNATIONAL) COMPANY LIMITED,

                Respondent.

22-cv-5136 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    For the reasons explained on the record at the conference on June 29, 2022 and at today's conference, the Temporary Restraining Order dated June 29, 2022, ECF No. 15, is extended through July 25, 2022.

    The petitioner should submit its reply in support of its petition to confirm the arbitration award, combined with its response to the respondent's motion to vacate, by July 15, 2022. The respondent should submit its reply in support of its motion to vacate by July 20, 2022.

SO ORDERED.

Dated:    New York, New York
           July 13, 2022

                                        John G. Koeltl
                                    United States District Judge